# Order

Michigan Supreme Court
Lansing, Michigan

May 17, 2017

154527

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

COALITION PROTECTING AUTO NO-FAULT,
MARTHA E. LEVANDOWSKI, GERALD E.
CLARK, MARY ELLEN CLARK, A. MICHAEL
DELLER, PAULINA M. DELLER, and M.
THOMAS DELLER,
       Plaintiffs-Appellants,
and

BRAIN INJURY ASSOCIATION OF
MICHIGAN, ILENE IKENS, RICHARD IKENS,
KENNETH WISSER, SUSAN WISSER,
GREGORY WOLFE, and KAREN WOLFE,
       Plaintiffs-Appellees,

v

MICHIGAN CATASTROPHIC CLAIMS
ASSOCIATION,
       Defendant-Appellee.

SC: 154527
COA: 314310
Ingham CC: 12-000068-CZ

_____/

     On order of the Court, the application for leave to appeal the August 25, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

     BERNSTEIN, J., would grant leave to appeal.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 17, 2017



Clerk

p0510